**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CASE NO. 4:23-CR-00238-LPR**

**JUAN CALVILLO-MARES**
**and FNU LNU** **DEFENDANTS**

**ORDER**

Pending before the Court is the Government's Motion to Dismiss the Indictment without prejudice (Doc. 91) against Juan Calvillo-Mares and FNU LNU. The motion is made pursuant to Rule 48(a). The motion is granted. The indictment against Juan Calvillo-Mares and FNU LNU is thus dismissed without prejudice.

IT IS SO ORDERED this 7th day of October 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE